UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DARREN A. LUNFORD,  )
                    )
        Plaintiff,  )   3:13-cv-00290-RCJ-WGC
                    )
vs.                 )
                    )   **ORDER**
GRANT LEE, *et al.*, )
                    )
        Defendants. )
_____/

Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983.  Before the court is plaintiff's letter requesting dismissal of his case with prejudice (#10).  The court shall construe this letter as a voluntary motion to dismiss this case with prejudice.  Good cause appearing, plaintiff's motion is granted.  This case shall be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that the court's order dated October 20, 2014 (#9) is hereby **VACATED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's application to proceed *in forma pauperis* (#1) is **DENIED** as moot.  No funds shall be deducted from plaintiff's account (inmate #85337) as no filing

fee is due.  In the event that any funds have already been deducted towards payment for the filing fee in this action, those amounts shall be refunded to plaintiff's inmate account.

**IT IS FURTHER ORDERED** that the Clerk **SHALL ENTER** judgment accordingly and close this case.

DATED:   November 3, 2014.

_____
UNITED STATES DISTRICT JUDGE

2