AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF     NEVADA

DARREN A. LUNFORD,

     Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER:  **3:13-cv-00290-RCJ-WGC**

GRANT LEE, *et al.*,

     Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

November 5, 2014          **LANCE S. WILSON**
        Clerk

        /s/ J. Cotter
        Deputy Clerk